**FILED**

Feb 18, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARIO GARCIA ET AL.,<br><br>            Defendants. | CASE NO.  1:21-CR-00041-DAD-BAM<br><br>ORDER UNSEALING INDICTMENT |

The United States having applied to seal the indictment and arrest warrants in the above-captioned proceedings and having applied for the indictment and warrants to remain under seal, and the need for sealing now having ceased;

IT IS ORDERED that the indictment and arrest warrants filed in the above-entitled matter shall be unsealed.

Dated:  ~~January 17, 2021~~ February 17, 2021

HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Unsealing Indictment and Arrest Warrants

1