1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARIO GARCIA
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:21-cr-00041-DAD-BAM-1

12            Plaintiff,                   **STIPULATION TO VACATE STATUS
                                           CONFERENCE AND SET CHANGE OF
13  vs.                                    PLEA HEARING; ORDER**

14  MARIO GARCIA,

15            Defendant.

16

17

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Mario Garcia, that the status conference

21  hearing as to Mario Garcia, currently scheduled for July 13, 2022, be vacated, and that the matter

22  be set for a change of plea hearing before the Honorable Dale A. Drozd on June 6, 2022, at 9:00

23  a.m.

24         The parties are requesting that this matter be placed on calendar for change of plea on

25  June 6, 2022, at 9:00 a.m. The parties agree that the delay resulting from the continuance to June

26  6, 2022, shall be excluded in the interests of justice, including but not limited to, the need for the

27  period of time set forth herein for effective defense preparation and defense investigation,

28  pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 20, 2022     /s/ Justin Gilio
                       JUSTIN GILIO
                       Assistant United States Attorney
                       Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 20, 2022     /s/ Reed Grantham
                       REED GRANTHAM
                       Assistant Federal Defender
                       Attorney for Defendant
                       MARIO GARCIA

# O R D E R

**IT IS HEREBY ORDERED** that the status conference hearing as to Mario Garcia currently set for Wednesday, July 13, 2022, at 1:00 p.m. before the Honorable Barbara A. McAuliffe be vacated, and that the matter be set for a change of plea hearing before the Honorable Dale A. Drozd on Monday, June 6, 2022, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time through June 6, 2022, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 20, 2022**                          _____
                                                   UNITED STATES DISTRICT JUDGE