1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARIO GARCIA
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.: 1:21-cr-00041-DAD-BAM
12 |         Plaintiff,                | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs.                               |
14 | MARIO GARCIA,                     | Date:   September 6, 2022
15 |         Defendant.                | Time:   9:00 a.m.
16 |                                   |
17 |                                   |

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Mario Garcia, that the sentencing

21 hearing currently scheduled in the above-captioned matter for August 29, 2022, at 8:30 a.m.,

22 before the Honorable Dale A. Drozd, be continued to September 6, 2022, at 9:00 a.m.

23         On June 6, 2022, Mr. Garcia entered a guilty plea to Count 1 of the Indictment filed on

24 February 11, 2021. *See* Dkt. #57, #1. At that time, the matter was set for sentencing on August

25 29, 2022. *See* Dkt. #57. The draft Presentence Investigation Report (PSR) was filed on July 18,

26 2022. *See* Dkt. #62.

27         Undersigned defense counsel has scheduled pre-paid leave from Wednesday, July 27,

28 2022, through Friday, August 5, 2022. As a result, counsel requires additional time in which to

submit any informal objections in this matter, which are currently due on or by August 1, 2022. In addition, the defense is in the process of requesting and obtaining records and documents relevant for sentencing in this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. Additionally, the parties request that the due dates for any informal and formal objections to the PSR be modified in accordance with this request. As this is a sentencing hearing, no exclusion of time is necessary.

                                          Respectfully submitted,
                                          PHILLIP A. TALBERT
                                          United States Attorney

Date: July 26, 2022                    */s/ Justin Gilio*
                                          JUSTIN GILIO
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: July 26, 2022                    */s/ Reed Grantham*
                                          REED GRANTHAM
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MARIO GARCIA

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, August 29, 2022, at 8:30 a.m. be continued to Tuesday, September 6, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **July 26, 2022**

                                                    UNITED STATES DISTRICT JUDGE