HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO GARCIA,<br><br>Defendant. | Case No.: 1:21-cr-00041-ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Mario Garcia, that the sentencing hearing currently scheduled in the above-captioned matter for September 6, 2022, at 8:30 a.m., before the Honorable Ana de Alba, be continued to October 3, 2022, at 8:30 a.m.

On June 6, 2022, Mr. Garcia entered a guilty plea to Count 1 of the Indictment. *See* Dkt. #57, #1. At that time, the matter was set for sentencing on August 29, 2022. *See* Dkt. #57. The draft Presentence Investigation Report (PSR) was filed on July 18, 2022, *see* Dkt. #62, and the final PSR was filed on August 9, 2022, *see* Dkt. #66. Mr. Garcia filed his formal objections to the PSR on August 23, 2022. *See* Dkt. #67.

The defense is in the process of requesting and obtaining records and documents relevant

for sentencing in this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,<br>
PHILLIP A. TALBERT<br>
United States Attorney

Date: August 29, 2022      /s/ Justin Gilio
                           JUSTIN GILIO
                           Assistant United States Attorney
                           Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 29, 2022      /s/ Reed Grantham
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           MARIO GARCIA

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Tuesday, September 6, 2022, at 8:30 a.m. be continued to Monday, October 3, 2022, at 8:30 a.m.

IT IS SO ORDERED.

Dated:    August 30, 2022

_____
UNITED STATES DISTRICT JUDGE