1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARIO GARCIA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No.: 1:21-cr-00041-ADA-BAM
12 |         Plaintiff,           | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs.                          |
14 | MARIO GARCIA,                |
15 |         Defendant.           |

18     IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Mario Garcia, that the sentencing

21 hearing currently scheduled in the above-captioned matter for October 3, 2022, at 8:30 a.m.,

22 before the Honorable Ana de Alba, be continued to October 11, 2022, at 8:30 a.m.

23     On June 6, 2022, Mr. Garcia entered a guilty plea to Count 1 of the Indictment. *See* Dkt.

24 #57, #1. At that time, the matter was set for sentencing on August 29, 2022. *See* Dkt. #57. The

25 draft Presentence Investigation Report (PSR) was filed on July 18, 2022, *see* Dkt. #62, and the

26 final PSR was filed on August 9, 2022, *see* Dkt. #66. Mr. Garcia filed his formal objections to

27 the PSR on August 23, 2022. *See* Dkt. #67.

28 ///

The defense is in the process of requesting and obtaining records and documents relevant for sentencing in this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

                Respectfully submitted,
                PHILLIP A. TALBERT
                United States Attorney

Date: September 28, 2022      */s/ Justin Gilio*
                JUSTIN GILIO
                Assistant United States Attorney
                Attorney for Plaintiff

                HEATHER E. WILLIAMS
                Federal Defender

Date: September 28, 2022      */s/ Reed Grantham*
                REED GRANTHAM
                Assistant Federal Defender
                Attorney for Defendant
                MARIO GARCIA

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, October 3, 2022, at 8:30 a.m. be continued to Tuesday, October 11, 2022, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   September 28, 2022

                                            UNITED STATES DISTRICT JUDGE