PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00041-ADA-BAM |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS |
| v. | Hearing Date: December 18, 2023 |
| MARIO GARCIA, | Hearing Time: 8:30 a.m. |
| Defendant. | |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee:    Mario Garcia

Detained at (custodian):    BOP Facility Coleman II USP

Detainee is:

a.)    ☒ charged in this district by:    [X] Indictment    ☐ Information  ☐ Complaint

or

b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)    [ X ] return to the custody of detaining facility upon termination of proceedings or

b.)    [ ] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on **December 18, 2023, at 8:30 a.m.** in the Eastern District of

WRIT OF HABEAS CORPUS                                     1

1  California.

2    Dated:  October 30, 2023

3      Signature:                   /s/ Justin J. Gilio

4      Printed Name:          Justin J. Gilio

5      Attorney of Record for:   United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on December 18, 2023*, for an appearance at *8:30 a.m* and the detainee shall be returned to the custody of detaining facility upon termination of proceedings.

IT IS SO ORDERED.

Dated:   November 1, 2023

UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | ☒Male  ☐Female |
| bop #: | 30838-509 | DOB: |
| Facility Address: | 846 NE 54TH TERRACE SUMTERVILLE, FL  33521 | Race: |
| Facility Phone: | 352-689-7000 | FBI#: |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on:

(signature)

WRIT OF HABEAS CORPUS      3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Writ of Habeas Corpus                                   4