HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00041-ADA-BAM |
| Plaintiff, | **STIPULATION TO SET RESENTENCING; ORDER** |
| vs. | |
| MARIO GARCIA, | Date:   December 18, 2023 |
| Defendant. | Time:  8:30 a.m. |
| | Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

Federal Defender Reed Grantham, counsel for defendant Mario Garcia, that the above matter be

set for resentencing before this Court on Monday, December 18, 2023, at 8:30 a.m.

Mr. Garcia was sentenced by this Court on October 11, 2022. *See* Dkt. #78, 80. On

October 24, 2022, Mr. Garcia filed a notice of appeal to the Ninth Circuit Court of Appeals,

challenging the sentence imposed in his case. *See* Dkt. #84. On July 7, 2023, the parties on

appeal filed a joint motion requesting that the Ninth Circuit vacate Mr. Garcia's sentence and

that the matter be remanded back to the district court for re-sentencing in light of the Ninth

Circuit's holding in *United States v. Castillo*, 69 F.4th 648 (9th Cir. 2023), opinion filed May 31,

2023. *See* Ninth Circuit Case No. 22-10277 at Dkt. #21. On August 18, 2023, the Ninth Circuit

1   issued an order granting the parties' motion, "vacat[ing] the district court's judgment and

2   remand[ing] to the district court for resentencing in light of this court's opinion in *United States*

3   *v. Castillo*, 69 F.4th 648 (9th Cir. 2023)." Ninth Circuit Case No. 22-10277 at Dkt. #22.

4          The parties have been in discussions regarding this matter and have reached an agreement

5   as to a jointly recommended sentence for resentencing. Specifically, the parties agree that the

6   guideline range upon remand is 70 to 87 months, and the parties will jointly recommend that Mr.

7   Garcia be sentenced to a term of 93 months. In addition, the parties are in agreement that the

8   matter be set for resentencing on Monday, December 18, 2023, at 8:30 a.m.

9          Mr. Garcia is currently in Bureau of Prisons' (BOP) custody located at United States

10   Penitentiary (USP), Coleman II, in Sumterville, Florida. The government will coordinate Mr.

11   Garcia's in-person appearance.

12          The requested resentencing date is made with the intention of conserving time and

13   resources for the parties and the Court. The government is in agreement with this request and the

14   requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no

15   exclusion of time is necessary.

16                                        Respectfully submitted,
                                          PHILLIP A. TALBERT
17                                        United States Attorney

18
     Date: November 1, 2023              */s/ Justin Gilio*
19                                        JUSTIN GILIO
                                          Assistant United States Attorney
20                                        Attorney for Plaintiff

21

22                                        HEATHER E. WILLIAMS
                                          Federal Defender
23

24   Date: November 1, 2023              */s/ Reed Grantham*
                                          REED GRANTHAM
25                                        Assistant Federal Defender
                                          Attorney for Defendant
26                                        MARIO GARCIA

27

28

Garcia – Stipulation
and Proposed Order

2

1

**<u>O R D E R</u>**

2

IT IS HEREBY ORDERED that the matter be set for resentencing on Monday,

3

December 18, 2023, at 8:30 a.m.

4

5

6

IT IS SO ORDERED.

7

8

Dated:   November 2, 2023

_____

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Garcia – Stipulation
and Proposed Order

3